IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOPPE, HARNER, VOGT & BARROWS, LLP, a Nebraska limited liability partnership, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3059 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and ALPHONSO JACKSON, in his official capacity as Secretary of the United States Department of Housing and Urban Development, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 18th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge