# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOPPE, HARNER, VOGT & BARROWS LLP**, a Nebraska Limited Liability Partnership, | ) ) ) ) | |
| Plaintiff, | ) ) | **4:08CV3059** |
| vs. | ) ) | |
| **UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** and **STEVEN PRESTON**, in his official capacity as Secretary of the United States Department of Housing and Urban Development, | ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) | |

On the court's own motion, the telephone planning conference previously set for October 31, 2008, at 10:00 a.m. is cancelled and is **rescheduled for October 31, 2008, at 3:00 p.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 19th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge